ADELINE WIDMAYER, Respondent, v. ARTHUR G. HUMPHRIES, Appellant.—

Order denying motion·for a new trial upon the ground of newly-discovered evidence affirmed, with costs. No opinion. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.